

**North Carolina Western**
**MEMORANDUM**

**Date:** May 11, 2010

**To:** The Honorable Graham C. Mullen
Senior U.S. District Court Judge

**From:** Shaun K. Caldwell
U.S. Probation Officer

**Subject:** Request for Permission to Travel Outside of the United States
The United States v. Bobby Lee Ramsey
3:03CR 71-6

FILED
CHARLOTTE, NC
JUN 4 2010
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

This is in reference to the above-named defendant who was sentenced by Your Honor on June 21, 2005 to forty-six (46) months imprisonment to be followed by a term of thirty-six (36) months supervised release for Conspiracy to Possess With Intent to Distribute a Quantity of Hydrocodone; in violation of 21 U.S.C. §§ 841 (a)(1), 846 (Count 1) and Conspiracy to Possess With Intent to Distribute a Quantity of Oxydodone; in violation of 21 U.S.C. §§ 841 (a)(1), 846 (Count 2).Both Count 1 and Count 2 to be run concurrently throughout the disposition. Additionally, Your Honor imposed the following special condition: (1) the defendant shall pay a special assessment fee of $200.00.

Mr. Ramsey has requested to travel outside of the United States for the purpose of vacationing with his wife and friends. His itinerary outlines a departure date of September 25, 2010 from Fort Lauderdale, Florida via the Royal Caribbean Cruise Line with a return date of September 30, 2010 back to Fort Lauderdale, Florida. As part of the trip, the cruise will cross into international territories including Cozumel, Mexico and CocoCay, Bahamas.

Per instruction from the United States Probation Officer who has assumed supervision of this case, Mr. Ramsey has been steadily in compliance with the terms and conditions of his supervised release. In that, he has maintained a stable residence with his wife, is self-employed, and has committed no serious violations while on supervised release. For these reasons, I respectfully recommend that Mr. Ramsey be granted the opportunity to travel with his wife and friends during, and to, the proposed dates and locations.

Thank you for your attention in this matter. Should Your Honor have any questions, please contact my office at 704-350-7680.

[✓] Permission to Travel Approved
[ ] Permission to Travel Denied
[ ] Other

_June 30 10_  
Date

_Graham C. Mullen_  
Signature of Judicial Officer